**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **HYUNDAI MOTOR AMERICA, INC.,** | |
| v. | Civil Action No. 6:08-CV-302-LED |
| **CLEAR WITH COMPUTERS, LLC** | JURY TRIAL DEMANDED |

**ORDER GRANTING EXTENSION OF TIME**

CAME ON BEFORE THE COURT Hyundai Motor America, Inc., ("HMA") and Clear With Computers, LLC ("CWC") and file this Agreed Motion for Extension of certain deadlines. The Court finds that this Motion should be GRANTED. It is therefore ORDERED that the following deadlines are extended:

A. Comply with P.R. 4-3 - Filing of Joint Claim Construction and Prehearing Statement - extended to 11/16/09.

B. Comply with P.R. 4-5(a) - The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction. - extended to 11/23/09.

C. Discovery Deadline - Claim Construction Issues - extended to 12/04/09.

D. Tutorials Due - extended to 12/10/09.

E. Comply with P.R. 4-5(b) - Responsive brief and supporting evidence due to party claiming patent infringement. - extended to 12/11/09.

F. Motion for Summary Judgment of Indefiniteness - extended to 12/11/09.

G. Response to Motion for Summary Judgment of Indefiniteness - extended to 12/23/09.

H.     Comply with P.R. 4-5(c) - Reply brief and supporting evidence due re response to claim construction. - extended to 12/23/09.

**So ORDERED and SIGNED this 12th day of November, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**