# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **HYUNDAI MOTOR AMERICA, INC.,** | |
| v. | **Civil Action No. 6:08-CV-302-LED** |
| **CLEAR WITH COMPUTERS, LLC** | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO VACATE CURRENT SCHEDULING ORDER AND DISCOVERY DEADLINES

COME NOW Hyundai Motor America, Inc., ("HMA") and Clear With Computers, LLC ("CWC") and file this Joint Motion to Vacate Current Scheduling Order and Discovery Deadlines.

The parties have filed a Joint Motion For A Status Conference to consolidate the present litigation (Civil Action No. 6:08-CV-00302) and the new litigation Civil Action No. 6:09-CV-00479. The present litigation involves three patents.[1] The Court has construed two of these patents in prior litigation, but has not yet received the parties' positions on the construction of these two patents for the purposes of the instant litigation.[2] Because the parties have agreed to drop all claims regarding the third patent pursuant to CWC's voluntary dismissal with prejudice,[3] claim construction for that patent is no longer necessary. The new litigation involves one patent, U.S. Patent No. 7,606,739 (the " '739 Patent"), which has not yet been construed. Likewise, the parties have not conducted discovery related to the new patent, or exchanged required contentions. Accordingly, both parties request that the Court vacate the current scheduling Order

---

[1] U.S. Patent Nos. 5, 615,342; 5,493,490; and 5,367,627.
[2] Terms for U.S. Patent Nos. 5, 615,342; and 5,367,627 have been construed.
[3] U.S. Patent No. 5,493,490.

and discovery deadlines and enter a new Order governing the consolidated litigation involving the '627, the '342 and the '739 patents.

The parties hereby respectfully request the Court to vacate the current scheduling Order and discovery deadlines in consideration of their Joint Motion For A Status Conference.

Dated: November 19, 2009              Respectfully submitted,

                                      **CLEAR WITH COMPUTERS, LLC**

                                      By: /s/ *Debera W. Hepburn*
                                      **Debera W. Hepburn**
                                      Texas State Bar No. 24049568
                                      Hepburn Law Firm PLLC
                                      P.O. Box 118218
                                      Carrollton, TX 75011
                                      214-403-4882 (Telephone)
                                      888-205-8791 (Facsimile)
                                      E-mail: dhepburn@heplaw.com

                                      **Andrew Wesley Spangler**
                                      Texas State Bar No. 24041960
                                      Spangler Law PC
                                      104 E Houston St, Suite 135
                                      Marshall, Texas 75670
                                      903-935-3443
                                      Fax: 903-938-7843
                                      Email: spangler@spanglerlawpc.com
                                      **LEAD COUNSEL**

                                      **Marc A. Fenster**
                                      California Bar No. 181067
                                      E-mail: mfenster@raklaw.com
                                      RUSS, AUGUST & KABAT
                                      12424 Wilshire Boulevard 12th Floor
                                      Los Angeles, California 90025
                                      Telephone: 310/826-7474
                                      Facsimile: 310/826-6991

                                      **ATTORNEYS FOR PLAINTIFF**
                                      **CLEAR WITH COMPUTERS, LLC**

**Douglas R. McSwane, Jr.**
TX State Bar No. 13861300
dougmcswane@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846

**A.M. (Russ) Meyer, Jr.**
TX State Bar No. 13998700
rmeyer@jw.com
**Robert P. Latham**
TX State Bar No. 11975500
blatham@jw.com
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: 214.953.6134
Facsimile: 214.953.6613

**Gene C. Schaerr**
DC Bar No. 416368
gschaerr@winston.com
**Pete C. McCabe, III**
IL Bar No. 6190379
pmccabe@winston.com
**John W. Moss**
DC Bar No. 987113
jwmoss@winston.com
**Geoffrey P. Eaton**
NY State Bar No. 3000841
geaton@winston.com
WINSTON & STRAWN, LLP
1700 K Street NW
Washington, DC 20006
Telephone: 202.282.5000
Facsimile: 202.282.5100

**ATTORNEYS FOR
HYUNDAI MOTOR AMERICA**

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 19, 2009 /s/ *Debera W. Hepburn*
Debera W. Hepburn